# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMMERSION RESEARCH, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WILLIAM PRYM GMBH & CO. KG., et al.,<br><br>Defendants. | Civil Action No.<br>07-CIV-10459 (DC) |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants Coats plc and Coats North America de Republica Dominicana, Inc. ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this 13th day of December, 2007.

Daniel Hume, Esq.                           By: _____
KIRBY MCINERNEY LLP                              Daniel Hume
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

Richard M. Volin
FINKELSTEIN THOMPSON LLP
1050 30th Street N.W.
Washington, DC 20007
(202) 337-8000

Attorneys for Plaintiff

Joseph F. Wayland, Esq.                     By: _____
SIMPSON THACHER & BARTLETT LLP                   Joseph F. Wayland
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Attorneys for Defendants Coats plc and Coats
    North America de Republica Dominicana, Inc.


SO ORDERED:

_____
U.S.D.J.

12/17/07