USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMMERSION RESEARCH, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WILLIAM PRYM GMBH & CO. KG., et al.,<br><br>Defendants. | Civil Action No.<br>07-CIV-10459 (DC) |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants William Prym GMBH & Co., KG, Prym Consumers USA, Inc., Prym Fashion, Inc., YKK Corporation, YKK Corporation of America Inc., YKK (U.S.A.) Inc., YKK Snap Fasteners America, Inc., Coats plc, Coats North America de Republica Dominicana, Inc., and Scovill Fasteners Inc ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is hereby extended until at least 45 days after: (1) the Panel on Multidistrict Litigation rules on the pending motions and (2) Plaintiff files and serves a consolidated class action complaint. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before the date required by this stipulation, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently. In no event shall the Defendants' time to respond to the class action complaint or a consolidated class action complaint, if any, be due prior to the time that a response is due for any defendant that is not a party to this stipulation, except that not more than 30 days shall thereby be added to the time that Defendants would otherwise be required to respond pursuant to this stipulation.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this 14th day of January, 2008.

Daniel Hume, Esq.
KIRBY McINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600
dhume@kmllp.com

By: ___/s/ Daniel Hume/DK___
    Daniel Hume (DH 1358)

Richard M. Volin
FINKELSTEIN THOMPSON LLP
1050 30th Street N.W.
Washington, DC 20007

*Attorneys for Plaintiff*

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

By: ___/s/ Joseph F. Wayland___
    Joseph F. Wayland (JW 7549)

*Attorneys for Defendants Coats plc, and Coats North America de Republica Dominicana, Inc.*

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

By: ___/s/ Scott Martin___
    Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH & Co. KG, Prym Consumer USA, Inc., and Prym Fashion, Inc.*

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

By: _____
    John Shin (JS 1970)

*Attorneys for Defendants YKK Corporation of America Inc., YKK (U.S.A.) Inc., and YKK Snap Fasteners America, Inc.*

2

So stipulated, this 14th day of January, 2008.

| | |
|---|---|
| Daniel Hume, Esq.<br>KIRBY MCINERNEY LLP<br>830 Third Avenue, 10th Floor<br>New York, NY 10022<br>(212) 371-6600<br>dhume@kmllp.com<br><br>Richard M. Volin<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street N.W.<br>Washington, DC 20007<br><br>*Attorneys for Plaintiff* | By: /s/ Daniel Hume<br>Daniel Hume (DH 1358) |
| Joseph F. Wayland<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jwayland@stblaw.com<br><br>*Attorneys for Defendants Coats plc, and Coats*<br>*North America de Republica Dominicana, Inc.* | By: _____<br>Joseph F. Wayland (JW 7549) |
| Scott Martin<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>scott.martin@weil.com<br><br>*Attorneys for Defendants William Prym GmbH &*<br>*Co. KG, Prym Consumer USA, Inc., and Prym*<br>*Fashion, Inc.* | By: _____<br>Scott Martin (SM 7373) |
| John Shin<br>MORGAN LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6844<br>jshin@morganlewis.com<br><br>*Attorneys for Defendants YKK Corporation of*<br>*America Inc., YKK (U.S.A.) Inc., and YKK Snap*<br>*Fasteners America, Inc.* | By: /s/ John Shin<br>John Shin (JS 1970) |

3

John G. Despriet  By: /s/ John G. Despriet
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE  (Pro Hac Vice Application to be
Promenade II, Suite 3100  Submitted)
Atlanta, Georgia 30309-3592
(404) 815-3500
jdespriet@sgrlaw.com

*Attorneys for Defendant Scovill Fasteners, Inc.*

SO ORDERED.

/s/
USDJ
1/23/08